IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARTHUR JOYAL BARKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| LORIE DAVIS, *Director, TDCJ*, ) | |
| ) | |
| Respondent. ) | Civil Action No. 3:17-CV-2422-C-BN |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 be deemed an unauthorized successive petition and transferred to the United States Court of Appeals for the Fifth Circuit. Petitioner failed to file any objections and the time to do so has expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the above-styled and -numbered petition under 28 U.S.C. § 2254 is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit for appropriate action. **Petitioner is admonished that any future motion concerning his state conviction filed without first obtaining leave from the Fifth Circuit may result in monetary sanctions**.

SO ORDERED this 18th day of July, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE